FREDERICK H. SMITH, JR., Respondent, *v.* HENRY J. CROCKER, Appellant, Impleaded with Others.

*Smith* v. *Crocker*, 14 App. Div. 245, affirmed.
(Argued February 9, 1900; decided March 6, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 18, 1897, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Charles K. Beekman* and *Charles B. Alexander* for appellant.

*Welton C. Percy* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.

---

CHARLES McCABE, Respondent, *v.* SARAH J. O'CONNOR et al., Appellants.

*McCabe* v. *O'Connor*, 4 App. Div. 354, affirmed.
(Submitted February 9, 1900 ; decided March 6, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered April 15, 1896, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Henry J. McCormick* for appellants.

*Frank S. Black* for respondent.

Judgment affirmed, with costs, on prevailing opinion below.
Concur: GRAY, O'BRIEN, HAIGHT, CULLEN and WERNER, JJ. Not voting: PARKER, Ch. J. Not sitting: LANDON, J.